Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

July 20, 2026

***Via ECF***
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The conference is adjourned sine die. The parties are to submit a status letter by no later than September 4, 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 22, 2026

Re: **Powell v. PEAG LLC**,
Case No. **1:26-cv-03836-LJL**

Dear Judge Liman:

We represent Plaintiff in the above-referenced matter. We write respectfully to request an adjournment of the upcoming conference currently scheduled for **August 6, 2026** until after the parties' mediation.

The parties believe that adjourning the conference until after mediation will conserve judicial and party resources and allow the parties to focus on a potential resolution of this matter. Accordingly, Plaintiff respectfully requests that the Court adjourn the conference to a date after the mediation, at the Court's convenience.

This request is made on consent of Defendant's counsel, Jayson Lorenzo, Esq.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

Cc: Jayson Lorenzo, Esq.